Theresa Sauer (*admitted pro hac vice*)
Malinda Morain (*admitted pro hac vice*)
BEATTY & WOZNIAK, P.C.
1675 Broadway Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 407-4499
Facsimile: (800) 886-6566
tsauer@bwenergylaw.com
mmorain@bwenergylaw.com

*Attorneys for Plaintiffs North Slope
Exploration, LLC and North Slope Energy, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTH SLOPE EXPLORATION, LLC AND NORTH SLOPE ENERGY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DEBRA HAALAND, Secretary United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. 3:24-cv-00143-SLG |

## RULE 4 AFFIDAVIT OF SERVICE

STATE OF COLORADO　　　)
　　　　　　　　　　　　) ss.
CITY AND COUNTY DENVER )

I, Elvira Weinstein, swear and affirm the following:

1.　　I am a legal assistant at the law firm of Beatty & Wozniak, P.C., counsel for

Plaintiffs North Slope Exploration, LLC and North Slope Energy, LLC in the above-referenced matter.

2. On September 13, 2024, I prepared copies of the Complaint and Summons to be served on the United States Department of the Interior; Debra Haaland, Secretary of the United States Department of the Interior; and the United States Bureau of Land Management pursuant to Fed. R. Civ. P. 4(i).

3. Copies of the Complaint and Summons were sent to each of the Defendants via Certified U.S. Mail c/o United States Attorney's Office for the District of Alaska on September 13, 2024. *See* Exhibit 1 attached hereto.

4. The United States Attorney's Office for the District of Alaska was served on September 16, 2024. *Id.*

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 9th day of October 2024.

_____
Elvira Weinstein

SUBSCRIBED AND SWORN TO ME on this 9th day of October, 2024.

MARY GRACE T. GO-HOVELAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114013519
MY COMMISSION EXPIRES MARCH 4, 2027

_____
Notary Public

My commission expires: March 4, 2027

*North Slope Exploration, LLC, et al. v. United States Department of Interior, et al.*
Case No. 3:24-cv-00143

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, the foregoing was served electronically upon all counsel of record via the CM/ECF system on all counsel of record.

*/s/ Theresa Sauer*